United States District Court
Southern District of Texas
**ENTERED**
January 28, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CATHERINE WATKINS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. H-20-2037 |
| § | |
| DEUTSCHE BANK NATIONAL § | |
| TRUST COMPANY *as Indenture* § | |
| *Trustee, for New Century Home* § | |
| *Equity Loan Trust 2005-2*, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

Because the Court has granted summary judgment for Defendant Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005-2, on all claims asserted in this lawsuit by Plaintiff Catherine Watkins, the Court hereby

**ORDERS** that Plaintiff Catherine Watkins's case is **DISMISSED.**

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas, on this **27** day of January, 2021.

DAVID HITTNER
United States District Judge